(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
AUG - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) **LARRY WARREN #079644**
(Name of Plaintiff)    (Inmate Number)

**P.O. Box #9561 Wilm, DE. 19809**
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) **CORRECTIONAL MEDICAL SERVICES**
(2) **DEPARTMENT OF CORRECTIONS**
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

497
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ••✓Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ••✓Yes  ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I'VE FILED NUMEROUS GRIEVANCES I'VE ALSO WENT THROUGH THE APPEAL PROCESS.

2. What was the result? NOTHING WAS DONE AT THE TIME. UNTIL I FILED A GRIEVANCE ONTO OF THE OTHER GRIEVANCES

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CORRECTIONAL MEDICAL SERVICES

Employed as HEALTH CARE PROVIDERS at HOWARD R. YOUNG CORRECTIONS

Mailing address with zip code: P.O. BOX #9561 WILM, DE 19809 AS WELL AS 12647 OLIVE BLVD. P.O. BOX #419052 ST. LOUIS, MIZZ. 6314-9052

(2) Name of second defendant: DEPARTMENT OF CORRECTIONS - CARL DANSBERG

Employed as COMMISSIONER at H.R.Y.C.I

Mailing address with zip code: P.O. BOX #9561 WILM, DE. 19809 OR 1301 EAST 12TH ST. 245 MCKEE ROAD DOVER, DE. 19904

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I'VE HAD (2) STROKES SINCE MY INCARCERATION. THE FIRST ONE OCCURED ON JULY 7TH 2007 IN WHICH I LOST ALL MOBILITY IN MY RIGHT ARM + LEGS. AND THE STAFF (C.M.S) HERE AT H.R.Y.C.I. DID NOTHING TO HELP OR ADDRESS MY NEEDS/SITUATION

2. THE (2) STROKE OCCURED ON NOV. 15, 2007 AND ONCE AGAIN I LOST COMPLETE USE/MOBILITY IN MY RIGHT ARM + LEGS AGAIN, BUT THIS WAS ALOT WORSE THAN THE FIRST ONE! AND ONCE AGAIN NOTHING WAS DONE BY C.M.S TO PROPERLY TREAT OR ADDRESS MY SITUATION!

3. AFTER MY SECOND STROKE AND NOTHING WAS DONE BY C.M.S I STARTED MY GRIEVANCE PROCESS. BECAUSE ON TWO DIFFERENT OCCASIONS C.M.S FAILED TO PROVIDE ME WITH ANY HELP. EITHER WITH OUTSIDE HOSPITAL VISIT OR TO BE SEEN BY A SPECIALIST. BUT DID SEE A PHYSICAL THERAPIST...

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WOULD LIKE TO RECEIVE PROPER MEDICAL TREATMENT HERE FROM C.M.S OR A OUTSIDE DR./DOCTORS!

3

<u>CONTINUED</u>: . . . . AND MY FIRST SESSION WAS THE NEXT WEEK WHICH WOULD BE 5/21/08. BUT FOR A PERSON THAT JUST HAD (2) STROKES AND WAS IN THE CONDITION I WAS IN, SEEING A PHYSICAL THERAPIST ONE DAY A WEEK FOR 10-15 MINUTES IS NOT ENOUGH TIME FOR ONE TO START THE HEALING PROCESS THAT I MUST GO THROUGH TO REGAIN FULL MOBILITY IN MY ARMS & LEGS. ESPECIALLY SOMEONE THATS MY AGE (61). PLUS I HAVE NOT BEEN TO TREATMENT FOR THE PAST (5) WEEKS BECAUSE THEY ALL HAVE BEEN CANCELED.

<u>DATES CANCELED</u>:

* 6/25/08 - "JUNE"
* 7/02/08 - "JULY"
* 7/9/08 - JULY
* 7/16/08 - JULY
* 7/24/08 - JULY
* 7/30/08 - JULY

2. I WOULD LIKE TO HAVE MY PHYSICAL THERAPY SESSIONS TO LAST LONGER THAN SOME 10-15 MINUTES, FOR ONE DAY A WEEK. SO THAT I MAY REGAIN SOME MOBILITIES IN MY ARM & LEGS.

3. AND I WOULD LIKE TO RECEIVE SOME KIND OF MONETARY DAMAGES FOR MY PAIN AND SUFFERING.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __July__, 2_008_.

__Mr. Larry Warren__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



CLERK OF COURT
U.S. DISTRICT COURT
LOCKBOX #18
1334 N. KING STREET
844 N. KING STREET
WILMINGTON, DE. 19801

MR. LARRY WARREN
S.B.I #079644
#9561
P.O. Box 9561
WILMINGTON, DE. 19809